UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2007 DEC 20  A 5:04

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>JORGE BARERRA )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 07MJ8983<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

LEO S. PAPAS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) / Case Disposed / Order of Court).

BELIA GUADALUPE AMBRIZ-PULIDO

DATED: 12/20/2007

LEO S. PAPAS
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR
              DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by R. Meller
Deputy Clerk