UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2007 DEC 20  A 5:04

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>     Plaintiff )<br>             )<br>             )<br>     vs. )<br>             )<br> Jorge Barerra )<br>             )<br>             )<br>     Defendant(s) )<br>_____ ) | CRIMINAL NO. 07MJ8983<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate) Judge,   [LEO S. PAPAS]

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

GLORIA ESPINO - AGUIRE

DATED: 12/20/2007

LEO S. PAPAS
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____       OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by R. Meley
        Deputy Clerk