FILED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JORGE ARTURO BARRERA-GARCIA,<br><br>　　　　Defendant. | Criminal Case No. 07CR3454-BTM<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(iv) and<br>(v)(II) – Inducing and Encouraging<br>Illegal Aliens to Enter the United<br>States and Aiding and Abetting |

　　The United States Attorney charges:

　　On or about December 12, 2007, within the Southern District of California, defendant JORGE ARTURO BARRERA-GARCIA, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Gloria Espino-Aguirre, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

　　DATED: 12/27/07.

　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　CARLA J. BRESSLER
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

CJB:mg:Imperial
12/18/07