**FILED**
APR 7 2008
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JORGE BARRERA-GARCIA<br><br>Defendant. | Criminal Case No.: 07cr3454 BTM<br>Magistrate Case No. 07mj8983<br><br><br><br>ORDER TO EXONERATE BOND |

   IT IS HEREBY ORDERED that the personal surety bond of $5000.00 which secured the presence of the Material Witness, Gloria Espino-Aguirre be exonerated forthwith, and the cash deposit of $500.00 to be returned to the surety at the following address;

Maricela Vasquez
9 Greenview Lane
Richmond,  CA 92101

Date: ~~March 27, 2008~~ April 7, 2008

_____
Leo S. Papas
United States Magistrate Judge

Order to Exonerate Bond

1